## Case No. 11,358.

### POWELL v. PAYNE.

[Cited in Hall v. Savage, Case No. 5,944. Nowhere reported; opinion not now accessible.]